

SEALED

FILED

JAN 0 3 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

6

7

8         IN THE UNITED STATES DISTRICT COURT FOR THE

9                EASTERN DISTRICT OF CALIFORNIA

10

11 IN THE MATTER OF THE SEIZURE OF:              2:13-SW-0001 AC

12 ALL FUNDS MAINTAINED AT WELLS
   FARGO BANK ACCOUNT NUMBER                    ORDER RE: REQUEST TO SEAL
13 3445818432, HELD IN THE NAME OF               DOCUMENTS
   ARIS C. TOLEDO, IN AN AMOUNT UP TO
14 AND INCLUDING $207,500, and

15 ALL FUNDS MAINTAINED AT WELLS
   FARGO BANK ACCOUNT NUMBER
16 9553734865, HELD IN THE NAME OF
   TRIPLE A'S SPORTING GOODS, IN AN
17 AMOUNT UP TO AND INCLUDING
   $237,600,
18

19                     DEFENDANTS.

20

21      Upon application of the United States of America and good cause having been

22 shown,

23      IT IS HEREBY ORDERED that the seizure warrants and seizure warrant

24 affidavit underlying the seizure warrants in the above-captioned proceeding shall be

25 filed under seal and shall not be disclosed to any person unless otherwise ordered by

26 ///

27 ///

28 ///

1  this Court, with the exception that a copy of the seizure warrants will be left at the
2  scene of the seizures.
3  Date: 1/3/13

_____
ALLISON CLAIRE
United States Magistrate Judge