```
BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States
```

**FILED**

MAY 1 3 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALL FUNDS MAINTAINED AT WELLS FARGO BANK ACCOUNT NUMBER 3445818432, HELD IN THE NAME OF ARIS C. TOLEDO, IN AN AMOUNT UP TO AND INCLUDING $207,500, and<br><br>ALL FUNDS MAINTAINED AT WELLS FARGO BANK ACCOUNT NUMBER 9553734865, HELD IN THE NAME OF TRIPLE A'S SPORTING GOODS, IN AN AMOUNT UP TO AND INCLUDING $237,600,<br><br>DEFENDANTS. | 2:13-SW-00001-AC<br>2:13-SW-00002-AC<br><br>ORDER RE: REQUEST TO UNSEAL SEIZURE WARRANT AND SEIZURE WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the seizure warrants and seizure warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: 5/13/2013

CAROLYN K. DELANEY
United States Magistrate Judge

1

Order Re: Request to Unseal Documents